# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:    RANDELLA A. GARZA                                    Case Number: 05-70976
          928 CASWELL STREET                SSN-xxx-xx-2186
          BELVIDERE, IL  61008

|  |  |  |
|---|---|---|
| | Case filed on: | 3/8/2005 |
| | Plan Confirmed on: | 4/29/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,240.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| | | | | | |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | | | | | |
| 016 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | MARILYN J. WASHBURN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | RANDELLA A. GARZA | 0.00 | 0.00 | 9.14 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 9.14 | 0.00 |
| | | | | | |
| 001 | DAIMLERCHRYSLER FIN SERV AMERICAS LLC | 5,040.20 | 4,264.59 | 4,264.59 | 353.81 |
| 002 | COUNTRYWIDE HOME LOANS INC | 1,823.82 | 1,823.82 | 1,823.82 | 0.00 |
| | Total Secured | 6,864.02 | 6,088.41 | 6,088.41 | 353.81 |
| | | | | | |
| 001 | DAIMLERCHRYSLER FIN SERV AMERICAS LLC | 0.00 | 775.61 | 0.00 | 0.00 |
| 003 | ACADEMY COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 1,743.40 | 157.57 | 157.57 | 0.00 |
| 005 | BARRICK SWITZER LONG BALSLEY & VAN EVERA | 1,813.75 | 163.93 | 163.93 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 27,855.00 | 2,517.53 | 2,517.53 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 650.18 | 58.76 | 58.76 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 588.13 | 53.16 | 53.16 | 0.00 |
| 011 | SHOPPERS CHARGE ACCOUNT | 1,434.14 | 129.62 | 129.62 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 5,152.93 | 465.72 | 465.72 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 992.49 | 89.70 | 89.70 | 0.00 |
| 014 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 89,535.54 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 131,765.56 | 4,411.60 | 3,635.99 | 0.00 |
| | | | | | |
| | Grand Total: | 139,993.58 | 11,864.01 | 11,097.54 | 353.81 |

Total Paid Claimant:      $11,451.35
Trustee Allowance:          $788.65          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      82.42          discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                              _/s/ Lydia S. Meyer_____
                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By _/s/Heather M. Fagan_____